*Clark L. Jordan* for appellant.

*Charles S. Whitman, District Attorney (Robert S. Johnstone* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BART-LETT, HISCOCK and CHASE, JJ.   Absent: GRAY, J.

---

FRANK L. PERLEY, Appellant, *v.* LEE SHUBERT, Respondent

*Perley* v. *Shubert*, 128 App. Div. 925, affirmed.
(Submitted June 14, 1910; decided September 27, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 10, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*Franklin Bien* for appellant.

*Benjamin N. Cardozo* and *William Klein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

THE TRUSTEES OF THE REFORMED PROTESTANT DUTCH CHURCH OF MOTT HAVEN, Respondent, *v.* INTERBOROUGH RAPID TRANSIT COMPANY et al., Appellants.

*Trustees of Reformed P. Dutch Church* v. *Interborough Rapid Transit Co.*, 131 App. Div. 898, affirmed.
(Argued June 14, 1910; decided September 27, 1910.

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 11, 1909, affirming a judgment in favor of plaintiff entered

upon the decision of the court on trial at Special Term in an abutting owner's action for an injunction to restrain the continuance of an elevated railway structure and for damages.

*J. Osgood Nichols* and *James L. Quackenbush* for appellants.

*Eugene D. Hawkins* and *Edward W. S. Johnston* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

PHILIP O'CONNOR, Respondent, *v.* FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Appellant, Impleaded with Others.

*O'Connor* v. *Forty-second St., M. & St. N. Ave. Ry. Co.*, 131 App. Div. 901, affirmed.

(Argued June 14, 1910; decided September 27, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 23, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Bayard H. Ames, John Montgomery* and *James L. Quackenbush* for appellant.

*Joseph Fischer* and *Louis J. Vorhaus* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.